

# UWT - VelocityShares 3x Long Crude Oil ETNs linked to the S&P GSCI Crude Oil Index ER New

NYSEArca - Nasdaq Real Time Price. Currency in USD

Time Period: Mar 16, 2020 - Mar 19, 2020

Show: Historical Prices

Frequency: Daily

Apply

Currency in USD                               Download

| Date | Open | High | Low | Close* | |
|---|---|---|---|---|---|
| Mar 19, 2020 | 0.2500 | 0.3850 | 0.2140 | 0.3160 | 0 |
| Mar 18, 2020 | 0.4540 | 0.4910 | 0.1880 | 0.2570 | 0 |
| Mar 17, 2020 | 0.7780 | 0.8090 | 0.6200 | 0.6410 | 0 |



Historical Data | Profile | Options | Holdings | Pe

# DWT - VelocityShares 3x Inverse Crude Oil ETNs linked to the S&P GSCI Crude Oil Index ER New

NYSEArca - Nasdaq Real Time Price. Currency in USD

Time Period: Mar 16, 2020 - Mar 19, 2020
Show: Historical Prices
Frequency: Daily

Apply

Currency in USD    Download

| Date | Open | High | Low | Close* | Adj Close** |
|---|---|---|---|---|---|
| Mar 19, 2020 | 25.50 | 30.76 | 8.90 | 10.15 | 10.15 |
| Mar 18, 2020 | 29.16 | 39.53 | 26.17 | 28.01 | 28.01 |
| Mar 17, 2020 | 18.79 | 22.54 | 17.51 | 22.10 | 22.10 |



| Date | Type | Description (show categories) | Amount ($) |
|---|---|---|---|
| 03/19/20 | Sold | 25000 of UWT @ $0.2945 (Order #4431) | 7,360.60 |
| 03/19/20 | Sold | 25000 of UWT @ $0.29 | 7,246.85 |
| 03/19/20 | Bought | 5000 of UWT @ $0.2536 (Order #4425) | -1,268.00 |
| 03/19/20 | Bought | 5000 of UWT @ $0.2548 | -1,274.00 |
| 03/19/20 | Bought | 2500 of UWT @ $0.2537 (Order #4423) | -634.25 |
| 03/17/20 | Bought | 500 of UWT @ $0.7671 (Order #4417) | -383.55 |
| 03/17/20 | Bought | 1000 of UWT @ $0.7771 (Order #4416) | -777.10 |
| 03/17/20 | Bought | 500 of UWT @ $0.78 | -390.00 |
| 03/13/20 | Sold | 3500 of UWT @ $1.25 (Order #4370) | 4,374.48 |
| 03/13/20 | Sold | 7000 of UWT @ $1.20 (Order #4366) | 8,398.98 |
| 03/11/20 | Bought | 3000 of UWT @ $1.21 (Order #4354) | -3,630.00 |
| 03/11/20 | Bought | 3000 of UWT @ $1.22 | -3,660.00 |
| 03/11/20 | Bought | 7000 of UWT @ $1.23 (Order #4344) | -8,610.00 |
| 03/10/20 | Bought | 1000 of UWT @ $1.31 (Order #4333) | -1,310.00 |
| 03/10/20 | Bought | 10000 of UWT @ $1.32 (Order #4332) | -13,200.00 |
| 03/10/20 | Bought | 10000 of UWT @ $1.33 | -13,300.00 |
| 03/10/20 | Bought | 9000 of UWT @ $1.335 (Order #4331) | -12,015.00 |
| 03/10/20 | Bought | 1000 of UWT @ $1.34 | -1,340.00 |
| 03/06/20 | Bought | 1000 of UWT @ $4.538 (Order #4299) | -4,538.00 |
| 03/06/20 | Sold | 1000 of UWT @ $4.97 (Order #4296) | 4,969.77 |
| 03/06/20 | Sold | 2000 of UWT @ $4.76 (Order #4293) | 9,519.54 |
| 03/06/20 | Bought | 2000 of UWT @ $4.66 | -9,320.00 |
| 03/06/20 | Sold | 2000 of UWT @ $4.87 | 9,739.54 |
| 03/06/20 | Bought | 2000 of UWT @ $4.76 | -9,520.00 |
| 03/06/20 | Bought | 2000 of UWT @ $4.87 (Order #4265) | -9,740.00 |

