```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __11/30/2020__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**DAVID M. KIRK,**

                         **Plaintiff,**

        **-against-**

**CITIGROUP GLOBAL MARKETS HOLDINGS INC.,**

                         **Defendant.**

**20-CV-07619 (ALC)**

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of the parties' recent letters, including the pre-motion conference letters in connection with Defendant's motion to dismiss, ECF Nos. 12-13; pre-motion conference letters in connection with Plaintiff's motion to transfer venue and motion for summary judgment, ECF Nos. 15-16, 19; along with Plaintiff's purported motion for summary judgment and motion for sanctions. ECF Nos. 13-14, 17-18.

      Upon review of the submissions, the Court hereby **ORDERS**:

- Plaintiff's request for a pre-motion conference in connection with a motion to transfer venue and motion for summary judgment are **DENIED** as pre-mature. The Court must first determine whether the Court has subject matter jurisdiction over the instant action before reaching either of these motions. Consequently, Plaintiff's motion for summary judgment is also **DENIED**.
- Plaintiff's motion for sanctions is **DENIED**.
- Plaintiff is **directed to file an amended complaint** to add the new allegations included in Plaintiff's letters, ECF Nos. 13, 19, to the extent they are not already in the Complaint, by no later than **December 30, 2020**.
- Defendant's request for a pre-motion conference is **DENIED**. Defendant is **GRANTED** permission to file a motion to dismiss the Amended Complaint pursuant to the below schedule.

|  |  |
|---|---|
| Defendant's Motion: | January 20, 2021 |
| Plaintiff's Opposition: | February 3, 2021 |
| Defendant's Reply (if any): | February 10, 2021 |

**SO ORDERED.**

**Dated:** **November 30, 2020**
**New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**