USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/19/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID M. KIRK,<br><br>        **Plaintiff,**<br><br>-against-<br><br>CITIGROUP GLOBAL MARKETS HOLDINGS INC.,<br><br>        **Defendant.** | 20-CV-07619 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

  The Court is in receipt of Defendant's letters dated February 4, 2021 and February 18, 2021 regarding a potentially related case (*Mai v. Citigroup Global Markets Holdings Inc.*, 20-cv-11129). ECF Nos. 28, 31. The Court is also aware of Magistrate Judge Gorenstein's February 18, 2021 Order in *Mai*. ECF No. 30.

  Defendant's request that this Court accept *Mai* as related to the instant case is **DENIED**.

**SO ORDERED.**

Dated: **February 19, 2021**
    **New York, New York**

              **ANDREW L. CARTER, JR.**
              **United States District Judge**