USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  __04/16/2021___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
DAVID M. KIRK, :
 :
                      **Plaintiff,** :
 : 20-CV-7619 (ALC)
    -against- :
 : **ORDER**
CITIGROUP GLOBAL MARKETS HOLDINGS :
INC., :
 :
                      **Defendant.** :
------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

In accordance with today's conference, the Court will accept the below cases as related to the instant action:

- *Jacobson v. Citigroup Global Markets Holdings Inc.*, 21-cv-2384
- *Yambo-Torres v. Citigroup Global Markets Holdings Inc.*, 21-cv-2386
- *Allen v. Citigroup Global Markets Holdings Inc.*, 21-cv-2387
- *Zellner v. Citigroup Global Markets Holdings Inc.*, 21-cv-2413
- *Korovin v. Citigroup Global Markets Holdings Inc.*, 21-cv-3294[1]

Defendant is hereby **GRANTED** leave to file a motion to consolidate these cases (and the instant case) in accordance with the below schedule:

- Defendant's Opening Brief: May 7, 2021
- Plaintiff's Opposition Brief: May 21, 2021
- Defendant's Reply Brief: May 28, 2021

Plaintiff's Application for the Court to Request Pro Bono Counsel, ECF No. 33, is hereby **DENIED**, for the reasons stated at the conference.

Defendant's pending Motion to Dismiss, ECF No. 23, is hereby **DENIED** without prejudice to refile once the Court has issued its decision on the Motion to Consolidate.

The Clerk of Court is directed to terminate ECF Nos. 23 and 33.

---

[1] Plaintiff in this case has not yet rendered payment of the filing fee or submitted an IFP application.

**SO ORDERED.**

**Dated:**     **April 16, 2021**
            **New York, New York**

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**