USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __05/10/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **DAVID M. KIRK,** | |
| **Plaintiff,** | |
| -against- | **20-CV-07619 (ALC)** |
| **CITIGROUP GLOBAL MARKETS HOLDINGS INC.,** | **ORDER** |
| **Defendant.** | |

**ANDREW L. CARTER, JR., United States District Judge:**

The Clerk of Court is directed to restrict viewing for ECF No. 56-1 to the parties only.

**SO ORDERED.**

**Dated:** **May 10, 2021**
**New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**