USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___05/14/2021_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------- x

**DAVID M. KIRK,**                               :
                                                 :
                                  **Plaintiff,** :
                                                 :          **20-CV-7619 (ALC)**
                    **-against-**                :
                                                 :          **ORDER**
**CITIGROUP GLOBAL MARKETS HOLDINGS**            :
**INC.,**                                        :
                                                 :
                                 **Defendant.**  :

-------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

In accordance with this Court's May 4, 2021 Order, ECF No. 51, the Court is publicly

filing Plaintiff's responses to Defendant's letter dated May 3, 2021, ECF No. 54, and related

exhibits with the appropriate redactions.

Defendant is hereby **ORDERED** to serve Plaintiff with the instant order and file proof of

service by no later than May 18, 2021.

**SO ORDERED.**

**Dated:**       **May 14, 2021**
                 **New York, New York**

_____
          **ANDREW L. CARTER, JR.**
          **United States District Judge**

1