# Exhibit 2

cv-07619-ALC   Document 72-2   Filed 05/25/21

**David Kirk**

With the deadline of March 18 almost here for the one year statute of limitations, I'm glad to see that one other case has been filed and a third drafted to be filed soon, prob on Mon. The three cases total over $4.995,000 in damages sought and hopefully more cases will come soon. If you miss the deadline, you can still argue that you didn't discover the fraud til after March 18 but that will almost surely be contested as the defense contests everything they can, relevant or not and it would be very relevant and hard to believe that you didn't notice such a severe loss until later. I'm available as a non attorney for any questions should you wish to message me. While nearly $5 million in damages is a lot, 90% of it is punitive damages so likely a lesser amount would be awarded, and the uwt fraud totaled $156.7 million. Citi needs to be severely punished because even after $1 billion in fines in recent years it continues to perpetuate these frauds, as detailed in complaint most recently in Dec of $2.5 billion Australian fraud they're currently under criminal indictment for. Though the lion's share has gone to the feds in fines and not the victims who are the ones that should receive it, the second case against Citi that I mentioned in my complaint, 1:07-cv-09901-SHS, was settled for $590 million so it is possible so keep the faith!