# Exhibit 3

**David Kirk** uploaded a file.
March 14 at 5:36 PM

By request, complaint template posted below in word format so can be edited with one's name, amounts, and current date. If your loss was over $75,000 then can omit the first 3 sentences of paragraph 3. When done editing, convert to pdf before submitting (all files must be pdf) using this free link (limit one free conversion per hour) https://www.freepdfconvert.com/word-to-pdf...