# Exhibit 4

**From:** [yahoo.com] Community Address <mycommunityaddress@yahoo.com>
**Sent:** Wednesday, March 17, 2021 8:33 AM
**To:** lsi@citi.com
**Subject:** Fw: Citi cases

Good morning,

   I'm not sure if this is the right email address but I'm the plaintiff in a lawsuit against you and administrator of an online group of over 700 other stockholder victims of your since liquidated uwt stock. I'm forwarding the message below sent to your attorney because I'm not sure whether he notified you of it and is advising you in your best interest or his own.  My case seeking compensatory damages of $43,700 has ballooned into now four cases totaling over $10 million and expected to increase within a day or two to at least 6 cases totaling over $15 million.  Not to mention federal fines typically in the hundreds of millions like those Citi has already paid.  My earlier request to ask Citi for a settlement offer many weeks ago was responded to by your attorney that Citi wasn't interested in making any offer.

David M Kirk, plaintiff

----- Forwarded Message -----
**From:** Community Address <mycommunityaddress@yahoo.com>
**To:** Samuel J. Rubin <srubin@goodwinlaw.com>
**Sent:** Monday, March 15, 2021, 11:41:56 PM EDT
**Subject:** Citi cases

Mr Rubin,

   Very soon the cases against your client Citi for its stock uwt will number 6 totaling over $15 million. Rulings from each case will be passed to plaintiffs in the other cases instantly in real time for their mutual benefit.  As the cases conclude, I will reach out to federal authorities to impose more fines which my complaint has already shown Citi is no stranger to and run in the hundreds of millions of dollars. Hopefully you will reconsider whether to advise your client to make settlement offer(s), as the huge payout that Citi risks is squarely on your shoulders.