# Exhibit 5



**Bret Jacobson**
March 4 at 12:40 PM

Filed on the last day...thanks to David Kirk for all the help and transparency making it very navigable for us normal people.

👍 5

5 Comments

👍 Like          💬 Comment          ↪ Share

View 3 more comments          All Comments ▾

**David Kirk**
You just missed the deadline for the one year statute of limitations for discovery of the fraud but you can claim that you didn't discover it right away but only after you joined this group. The posts are all over this group you just have to scroll down and you'll see everything you need

Share · 2d · Edited