

Samuel J. Rubin
+1 212 813 8852
SRubin@goodwinlaw.com

Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018

goodwinlaw.com
+1 212 813 8800

May 27, 2021

**VIA ECF**

Hon. Andrew L. Carter, Jr.
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:     <u>Kirk v. Citigroup Global Markets Holdings Inc.</u>, 1:20-cv-07619 (S.D.N.Y.)

Dear Judge Carter:

     I write on behalf of Citigroup Global Markets Holdings Inc. ("CGMHI") to seek clarification with regard to the Court's May 19, 2021 Order (ECF No. 65) establishing a coordinated two-track briefing schedule in the Related Actions (the "Briefing Schedule").[1] CGMHI requests the Court's clarification as to whether it would prefer a single memorandum addressing subject matter jurisdiction submitted in all of the Related Actions or separate memoranda of law addressing subject matter jurisdiction in each of the Related Actions. CGMHI observes that the Briefing Schedule has been entered only in the *Kirk* Action (No. 20-cv-07619) and seeks the Court's confirmation if CGMHI should serve the Briefing Schedule entered in the *Kirk* Action in the other Related Actions, and file proof of service with the Court.

     CGMHI will proceed in the manner most preferable to the Court and at its direction.

Respectfully submitted,

/s/ <u>Samuel J. Rubin</u>

Samuel J. Rubin

Cc: David Kirk (*via* ECF)

---

[1] The Related Actions pending before this Court are those set forth in the Court's April 16, 2021 Order (ECF No. 42): (i) *Jacobson v. CGMHI*, 21-cv-2384; (ii) *Yambo-Torres v. CGMHI*, 21-cv-2386; (iii) *Allen v. CGMHI*, 21-cv-2387; (iv) *Zellner v. CGMHI*, 21-cv-2413; (v) *Korovin v. CGMHI*, 21-cv-3294.