

Samuel J. Rubin
+1 212 813 8852
SRubin@goodwinlaw.com

Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018

goodwinlaw.com
+1 212 813 8800

June 3, 2021

**VIA ECF**

Hon. Valerie E. Caproni
Hon. Debra C. Freeman
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:  *Thomas v. Citigroup Global Markets Holdings Inc.*, No. 21-cv-03673 (VEC) (DCF)

Dear Judge Caproni and Magistrate Judge Freeman:

Pursuant to Southern District Local Rule 1.6, we write on behalf of defendant Citigroup Global Markets Holdings Inc. ("CGMHI") to notify the Court that the above-referenced action is related to eleven other actions in this District.[1] All of the actions are brought against the same defendant and purport to allege fraud in or around March 2020 in connection with plaintiffs' purchases of 3x Long Crude Oil Exchange Traded Notes in the secondary market (*i.e.*, not from CGMHI).

Before the above-referenced action was filed, and as required under Local Rule 1.6, CGMHI notified each of the Judges in the previously-filed eleven actions that CGMHI believed the actions were related, requested their transfer pursuant to Local Rules for the Division of Business Among District Judges 13(a)(1), (b)(3), and (c)(1) and sought to have them consolidated for pre-trial purposes, including anticipated motions to dismiss.  On April 16 and May 19, 2021, Judge Carter accepted six of the actions (not including this action) that alleged fraud under New York state law and sought compensatory damages below the $75,000 diversity jurisdiction threshold.  Judge Carter denied consolidation without prejudice and established a coordinated briefing schedule on subject matter jurisdiction issues in those actions.  See *Kirk v. CGMHI*, No. 20-cv-07619-ALC, ECF Nos. 42, 65.  On April 20, 2021, Judge Daniels (the Judge with the next lowest docket number) denied CGMHI's request to accept the remaining actions as related.  See *Mai v. CGMHI*, No. 20-cv-11129-GBD-GWG, ECF No. 24.

---

[1] The other eleven actions are:  (1) *Kirk v. CGMHI,* 20-cv-07619-ALC (Judge Carter); (2) *Jacobson v. CGMHI*, 21-cv-02384-ALC (Judge Carter); (3) *Allen v. CGMHI*, 21-cv-02387-ALC (Judge Carter); (4) *Zellner v. CGMHI*, 21-cv-02413-ALC (Judge Carter); (5) *Yambo-Torres v. CGMHI*, 21-cv-02386-ALC (Judge Carter); (6) *Korovin v. CGMHI*, 21-cv-03294-ALC (Judge Carter); (7) *Mai v. CGMHI*, 20-cv-11129-GBD-GWG (Judge Daniels and Magistrate Judge Gorenstein); (8) *Ravi v. CGMHI*, 21-cv-02223-MKV (Judge Vyskocil); (9) *Steadman v. CGMHI*, 21-cv-02430-PGG-RWL (Judge Gardephe and Magistrate Judge Lehrburger); (10) *Labib v. CGMHI*, 21-cv-02658-LJS (Judge Liman); and (11) *Mounir v. CGMHI*, 21-cv-02667-JPO (Judge Oetken).



Hon. Valerie E. Caproni
Hon. Debra C. Freeman
June 3, 2021
Page 2


Respectfully submitted,

/s/ Samuel J. Rubin

Samuel J. Rubin

| | |
|---|---|
| Cc: | Hon. Andrew L. Carter (via ECF) |
| Cc: | Hon. George B. Daniels (via ECF) |
| Cc: | Hon. Paul G. Gardephe (via ECF) |
| Cc: | Hon. Lewis J. Liman (via ECF) |
| Cc: | Hon. J. Paul Oetken (via ECF) |
| Cc: | Hon. Mary Kay Vyskocil (via ECF) |
| Cc: | Hon. Gabriel W. Gorenstein (via ECF) |
| Cc: | Hon. Robert W. Lehrburger (via ECF) |
| Cc: | Thomas P. Allen (via ECF and U.S. Mail) |
| Cc: | Bret W. Jacobson (via ECF and U.S. Mail) |
| Cc: | David M. Kirk (via ECF) |
| Cc: | Eugene Korovin (via ECF and U.S. Mail) |
| Cc: | Magdy Labib (via ECF and U.S. Mail) |
| Cc: | Ivan Mai (via ECF) |
| Cc: | Andrew Mounir (via ECF and U.S. Mail) |
| Cc: | Umshankar Ravi (via ECF) |
| Cc: | Saritha Ravi (via ECF) |
| Cc: | Patricia A. Steadman (via ECF) |
| Cc: | Patricia Steadman Ltd. (via U.S.Mail) |
| Cc: | Sean H. Thomas (via ECF and U.S. Mail) |
| Cc: | Joel M. Yambo-Torres (via ECF and U.S. Mail) |
| Cc: | Korey R. Zellner (via ECF) |