David Kirk
873 Southern Creek Drive
Saint Johns, FL 32259
(904) 806-6937

January 4, 2022

**VIA ECF & E-MAIL**

Hon. Andrew L. Carter, Jr.
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: Kirk v. Citigroup Global Markets Holdings Inc., 1:20-cv-07619 (S.D.N.Y.)
    **Evidence tampering**

Dear Judge Carter,
   I just found and used a program which verified the meta data presented by Defense Council **in Docs 91-1 and 91-2** so I hereby withdraw my Doc 93 Demand for Discovery as unnecessary. However, **the meta data in the Docs show for both Docs the creation date of 12/10/21 (the date Mr. Ravi filed them with the court) and date modified as 12/16/21.  How can files be modified six days AFTER they are filed with the court?  Who illegally modified them?** I reiterate that I've had no contact with Mr. Ravi since mid-May, 2021 and had no idea of the content of the Docs he filed until I viewed them yesterday.

Respectfully submitted this 4th day of January, 2021
/s/ David M Kirk
David M Kirk, plaintiff
Cc: Samuel J. Rubin (via ECF and e-mail)