**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DAVID KIRK,

                Plaintiff,

-against-                                     20 **CIVIL** 7619 (ALC)

                                                     **JUDGMENT**

CITIGROUP GLOBAL MARKET HOLDINGS INC.,

                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 13, 2022, Defendant's motions to dismiss for lack of subject matter jurisdiction against Plaintiff is GRANTED. Defendant's motion for sanctions against Plaintiff is DENIED. Plaintiff's Final Amended Complaint is hereby dismissed; accordingly, the case is closed.

**Dated:** New York, New York

       January 13, 2022

                                                      **RUBY J. KRAJICK**

                                                      **Clerk of Court**
                         **BY:**    K. Mango

                                                      **Deputy Clerk**