UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/20/2022
```

| | |
|---|---|
| **DAVID KIRK,** | |
| Plaintiff, | |
| -against- | **20-cv-7619 (ALC)** |
| **CITIGROUP GLOBAL MARKET HOLDINGS, INC.,** | **ORDER** |
| Defendant. | |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Plaintiff's letter addressed to the Court. *See* ECF. No 101.

Defendant is hereby **ORDERED** to file a letter response by **October 28, 2022.**

**SO ORDERED.**

Dated:   October 20, 2022
         New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**