UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __11/4/2022_____
```

**DAVID KIRK,**

                **Plaintiff,**

      -against-

**CITIGROUP GLOBAL MARKET HOLDINGS, INC.,**

                **Defendant.**

**20-cv-7619 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of the parties' letters concerning Plaintiff's request for the Court's recusal. *See* ECF. Nos 101, 103. The plaintiff is hereby **GRANTED** leave to file a motion for recusal. The parties are directed to follow the following briefing schedule:

      **Opening Brief**      November 21, 2022.

      **Opposition**          December 5, 2022.

      **Reply**                 December 16, 2022

SO ORDERED.

Dated:    November 4, 2022
            New York, New York

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**