USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __10/6/23_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**KIRK,**

                        **Plaintiff,**

       -against-

**CITIGROUP GLOBAL MARKET HOLDINGS, INC.,**

                        **Defendant.**

**20-cv-07619 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of Plaintiff's letter. ECF No. 125. Defendant is hereby **ORDERED** to respond to the Plaintiff's letter on or by **October 12, 2023 at 5:00 PM Eastern Time.**

**SO ORDERED.**

Dated:    October 6, 2023
            New York, New York

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**