USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/13/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KIRK,<br><br>         **Plaintiff,**<br><br>-against-<br><br>CITIGROUP GLOBAL MARKET HOLDINGS, INC.,<br><br>         **Defendant.** | **20-cv-07619 (ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

  Plaintiff has applied for leave to proceed in forma pauperis ("IFP") on appeal in this matter. ECF No. 127-128. Plaintiff's application is hereby **GRANTED**.

  Additionally, the Court will hold a telephonic conference on **October 19, 2023 at 1PM Eastern Time** to discuss Plaintiff's request for documents and next steps in this matter. The Parties should contact the Court at **1-888-363-4749 (access code: 3768660)**.

**SO ORDERED.**

Dated: October 13, 2023
     New York, New York

                  _____
                  **ANDREW L. CARTER, JR.**
                  **United States District Judge**