USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/17/23

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**KIRK,**

        **Plaintiff,**

    -against-

**CITIGROUP GLOBAL MARKET HOLDINGS,**

        **Defendant.**

**20-cv-07619 (ALC)**

<u>**ORDER**</u>

**ANDREW L. CARTER, United States District Judge:**

    The Court is in receipt of the Plaintiff's October 16 letter and construes it as a request for adjournment of the October 20th teleconference. ECF No. 135. Plaintiff's request for adjournment is **DENIED**. As stated previously, the Court will hold a telephonic conference on **October 19, 2023 at 1PM Eastern Time** to discuss Plaintiff's request for documents and next steps in this matter. The Parties should contact the Court at **1-888-363-4749 (access code: 3768660)**. ECF No. 131. Defendant is directed to file any response to Plaintiff's letter by **Thursday, October 19, 2023.**

**SO ORDERED.**

Dated:   October 17, 2023
           New York, New York

                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**