USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/17/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KIRK,<br><br>      **Plaintiff,**<br><br>   -against-<br><br>CITIGROUP GLOBAL MARKET HOLDINGS,<br><br>      **Defendant.** | 20-cv-07619 (ALC)<br><br>**<u>AMENDED CONFERENCE ORDER</u>** |

**ANDREW L. CARTER, United States District Judge:**

   The Court is in receipt of the Plaintiff's October 16 letter and construes it, in part, as a request for adjournment of the October 20th teleconference. ECF No. 135. Plaintiff's request for adjournment is **DENIED**. As stated previously, the Court will hold a telephonic conference on **October 20, 2023 at 11 AM Eastern Time** to discuss Plaintiff's request for documents and next steps in this matter. The Parties should contact the Court at **1-888-363-4749 (access code: 3768660)**. ECF No. 131. Defendant is directed to file any response to Plaintiff's letter by **Thursday, October 19, 2023.** The Parties are instructed to disregard the prior Order at ECF No. 136 made in error.

**SO ORDERED.**

Dated: **October 17, 2023**
    New York, New York

                       _____
                       **ANDREW L. CARTER, JR.**
                       **United States District Judge**