```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/30/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
KIRK                                              :
                                                  :
                           Plaintiff,             :
                                                  :      20-cv-7619 (ALC)
         -against-                                :
                                                  :      **ORDER**
CITIGROUP GLOBAL MARKETS                          :
HOLDING, INC.,                                    :
                           Defendants.            :
-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

As discussed in the Court Conference held on October 20, 2023:

- The Plaintiff's Motion for free access to PACER is **DENIED.**
- The Plaintiff's Motion for pro bono counsel is **DENIED**.
- Plaintiff is **GRANTED** leave to file an amended complaint.

In follow-up from the Conference:

- **October 27, 2023:** Plaintiff is hereby **ORDERED** to file an amended complaint on or before this date
- **November 17, 2023:** Defendant is hereby ORDERED to file a motion to dismiss on or before this date.
- **December 1, 2023:** Plaintiff is hereby ORDERED to file any reply on or before this date.

**SO ORDERED.**

Dated:  October 30, 2023
            New York, New York                              **ANDREW L. CARTER, JR.**
                                                            **United States District Judge**