USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  1/9/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**KIRK,**

                    **Plaintiff,**

          **-against-**

**CITIGROUP GLOBAL MARKET**
**HOLDINGS,**

                    **Defendant.**

**20-cv-07619 (ALC)**

**ORDER**

---

**ANDREW L. CARTER, United States District Judge:**

The Court is in receipt of the Plaintiff's December 29 letter requesting certain materials referenced in the Court's prior order. ECF No. 157. Defendant is hereby **ORDERED** to respond to Plaintiff's letter by Friday, January 12, 2024.

**SO ORDERED.**

Dated:    **January 9, 2024**
          **New York, New York**

                              **ANDREW L. CARTER, JR.**
                              **United States District Judge**