USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/18/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIRK,

           Plaintiff,

-against-

CITIGROUP GLOBAL MARKET HOLDINGS,

           Defendant.

20-cv-07619 (ALC)

**CONFERENCE ORDER**

**ANDREW L. CARTER, United States District Judge:**

    The Court is in receipt of the Parties letters docketed at ECF Nos. 158-160. The Court will hold a telephonic conference on **January 25, 2024 at 4:15 PM Eastern Time** to discuss Plaintiff's request for documents. The Parties should contact the Court at **1-888-363-4749 (access code: 3768660)**.

**SO ORDERED.**

Dated:    January 18, 2024
             New York, New York

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**