UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

KIRK

                      **Plaintiff,**

      -against-                    20-cv-7619 (ALC)

**CITIGROUP GLOBAL MARKETS**      **ORDER**
**HOLDING, INC.,**

                    **Defendants.**
-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

As discussed in the Court Conference held on January 25, 2025:

- The Plaintiff's Motion for free access to PACER is **DENIED.**

In follow-up from the Conference:

- **January 30, 2024:** Defendant is hereby **ORDERED** to provide Plaintiff with copies of all documents docketed between the final operative Complaint and Order of Dismissal in the following cases:
    - *Thomas v. Citigroup Global Mkts. Holdings*, 21-cv-03673
    - *Steadman v. Citigroup Global Mkts. Holdings Inc.*, 21-cv-02430
    - *Zellner v. Citigroup Global Markets Holdings, Inc.*, 21-cv-02413
    - *Korovin v. Citigroup Global Markets Holdings Inc.*, 21-cv-03294
    - *Allen v. Citigroup Global Markets Holdings, Inc.*, 21-cv-02387
    - *Jacobson v. Citigroup Global Markets Holdings Inc.*, 21-cv-02384

- **February 1, 2024:** The Parties are hereby **ORDERED** to file a joint status report notifying the Court of the status of the production of these documents.

**SO ORDERED.**

**Dated:  January 26, 2024**
        **New York, New York**

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**