GOODWIN

Samuel J. Rubin
+1 212 813 8852
SRubin@goodwinlaw.com

Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018

goodwinlaw.com
+1 212 813 8800

July 13, 2026

**VIA ECF**

Hon. Andrew L. Carter, Jr.
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *Kirk v. Citigroup Global Markets Holdings Inc.*, 1:20-cv-07619 (S.D.N.Y.)

Dear Judge Carter:

We write on behalf of Citigroup Global Markets Holdings Inc. ("CGMHI") in response to the portion of Plaintiff's motion (ECF Nos. 170-171) that seeks vacatur of the Court's December 28, 2023 judgment dismissing the above-referenced action. The request for vacatur is without merit and violative of the Second Circuit's mandate rule. The Second Circuit's decision affirming the judgment of dismissal considered, and rejected, Plaintiff's arguments concerning this Court's previous denial of Plaintiff's motions for recusal (ECF No. 169 at 7-8) and, accordingly, the portion of Plaintiff's motion seeking vacatur based on the Court's failure to recuse itself should be denied. *See, e.g.*, *DeWeerth v. Baldinger*, 38 F.3d 1266, 1270 (2d Cir. 1994) (holding under the mandate rule that "a district court does not have jurisdiction to alter an appellate ruling where the appellate court has already considered and rejected the basis for the movant's Rule 60(b) motion.").

Respectfully submitted,

/s/ Samuel J. Rubin

Samuel J. Rubin

Cc: David Kirk (*via* ECF and e-mail)